IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>ANDRE JEAN REUM,<br><br>                Defendant. | CR-22-52-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

      United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 1, 2024. (Doc. 58.)

      When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

      Judge Johnston conducted a revocation hearing on October 30, 2024. (Doc. 53.) United States accused Andrew Reum (Reum) of violating his conditions of

supervised release by: (1) admitting to using methamphetamine on September 14, 2024;  (2) using methamphetamine, with a sweat patch removed from him on August 20, 2024, testing positive for methamphetamine on September 20, 2024; and (3) using methamphetamine, with a sweat patch removed from him on September 3, 2024, testing positive for methamphetamine on September 23, 2024. (Docs. 48 and 52.)

The Court conducted a revocation hearing on October 30, 2024.  (Doc. 53.) Reum admitted to violating the terms of his supervised release by: (1) admitting to using methamphetamine on September 14, 2024; (2) using methamphetamine, with a sweat patch removed from him on August 20, 2024 testing positive for methamphetamine on September 20, 2024; and (3) using methamphetamine, with a sweat patch removed from him on September 3, 2024 testing positive for methamphetamine on September 23, 2024.

Judge Johnston found that the violations Reum admitted prove serious and warrants revocation of his supervised release and recommends a sentence of to custody until October 31, 2024, at 4:00 p.m., with 47 months of supervised release to follow. During the first 60 days of supervised release, Reum shall be placed at Connections Corrections, an in-patient substance abuse treatment facility. (Doc. 58.)

Reum was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 53.)

The violations prove serious and warrants revocation of Reum's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 58.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Andre Jean Reum be sentenced to custody to custody until October 31, 2024, at 4:00 p.m., with 47 months of supervised release to follow. During the first 60 days of supervised release, Reum shall be placed at Connections Corrections, an in-patient substance abuse treatment facility.

DATED this 4th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court