IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE JEAN REUM,<br><br>    Defendant. | CR-22-52-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 27, 2024. (Doc. 67.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 26, 2024. (Doc. 65.) The United States accused Andre Reum (Reum) of violating his conditions of supervised release by: (1) being terminated from inpatient treatment at Connections Corrections on November 6, 2024. (Doc. 62.)

At the revocation hearing, admitted Reum admitted that he had violated the terms of his supervised release by: (1) being terminated from inpatient treatment at Connections Corrections on November 6, 2024. (Doc. 65.)

Judge Johnston found that the violation Reum admitted proves serious and warrants revocation of his supervised release and recommends a custodial sentence of 2 months, with 47 months of supervised release to follow. During the first 60 days of supervised release, Reum shall be placed in an in-patient substance abuse treatment facility such as Connections Corrections. (Doc. 67.)

Reum was advised of his rights to appeal and allocute to the undersigned and waived those rights. (Doc. 65.)

The violation proves serious and warrants revocation of Reum's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 67.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Andre Jean Reum be sentenced to custody for 2 months, with 47 months of supervised release to follow. During the first 60 days of supervised release, Reum shall be placed in an in-patient substance abuse treatment facility such as Connections Corrections.

DATED this 2nd day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court