# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  vs.<br><br><br><br>ANDREW JEAN REUM,<br><br>             Defendant. | CR-22-52-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

      United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 27, 2025. (Doc. 83.)

      When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

      Judge Johnston conducted a revocation hearing on June 26, 2025 (Doc. 78.) The United States accused Andrew Reum (Reum) of violating the conditions of his supervised release by: (1) consuming alcohol on or about April 8, 2025; (2) failing to answer truthfully questions asked by his probation officer on April 8, 2025 about his consumption of alcohol; (3) failing to comply with substance

abuse treatment on May 1, 2025; (4) using cocaine between May 6, 2025 and May 16, 2025; (5) failing to comply with substance abuse treatment on May 28, 2025; (6) failing to comply with substance abuse treatment on June 2, 2025; (7) communicating or interacting with a known felon on June 3, 2025; (8) failing to report to his probation officer as instructed on June 2nd and June 3rd, 2025; (9) failing to comply with substance abuse treatment on June 3, 2025; (10) consuming alcohol on May 26th and May 27th, 2025; (11) using methamphetamine, fentanyl and marijuana on May 26th and May 27th, 2025; (12) failing to follow the instructions of his probation officer given on June 3, 2025 about not missing treatment sessions without permission from his probation officer; (13) failing to comply with substance abuse treatment on June 4th and June 5th, 2025; and (14) failing to report to his probation officer as instructed on June 5, 2025.  (Doc. 251.)

At the revocation hearing, Reum admitted that he had violated the conditions of supervised release as set forth in the Petition. (Doc. 78.)

Judge Johnston found that violations 1-14 Reum admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of 12 months and 1 day with no supervised release to follow. (Doc. 83.)  The Court advised Reum of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 78.)

The violations prove serious and warrants revocation of Reum's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 83) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Andrew Jean Reum be sentenced of 12 months and 1 day with no term of supervised release to follow.

DATED this 2nd  day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts